IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN PFEIFFER,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br><br>Case No. 2:10-CR-290 TS |

This matter is before the Court for consideration of Defendant's Pro Se Motion for Early Termination of Supervised Release.[1] For the reasons discussed below, the Court will grant Defendant's Motion.

## I. BACKGROUND

Defendant was charged by felony Information on April 9, 2010, with one count of making and subscribing a false return, in violation of 26 U.S.C. § 7206(1), and one count of false statement, in violation of 18 U.S.C. § 1001. Defendant pleaded guilty to Counts I and II of the

---

[1]Docket No. 35.

1

Information. Defendant was sentenced on November 29, 2010, to a period of 18 months in the custody of the Bureau of Prisons, to be followed by a 36-month term of supervised release. Defendant now moves to terminate that supervision. The Government makes no objection to Defendant's Motion.[2]

Defendant has completed nearly 19 months of supervision. Defendant requests that he be released from the remaining 17-month term of supervision. Defendant argues that termination of his supervision is warranted because he has complied with all conditions of supervised release, satisfied all obligations with the Internal Revenue Service, filed all tax returns, and paid all taxes and penalties as required. Consultation with Defendant's supervising officer confirms that Defendant has remained compliant with the terms of his supervised release and fulfilled all of his financial obligations.

## II. DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

---

[2]*See* Docket No. 37.

## III.  CONCLUSION

It is therefore

ORDERED that Defendant's Pro Se Motion for Early Termination of Supervised Release (Docket No. 35) is GRANTED.  It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED   December 10, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge